UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTHONY DIMUZIO, )<br>VICTOR LEBRON )<br>CHRISTIAN CARDONA )<br>Defendants ) | Mag. Judge Case No. 04-802-MBB |

### AFFIDAVIT IN SUPPORT OF ARRESTS

I, Jennifer Velez, a Special Agent of the Department of Homeland Security, Immigration, and Customs Enforcement, do hereby make oath before the Honorable Marianne B. Bowler, Chief United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding warrants of arrest for ANTHONY DIMUZIO, VICTOR LEBRON, AND CHRISTIAN CARDONA on a complaint filed in the Eastern District of New York charging the defendants with conspiring to import heroin in violation of 21 U.S.C. § 963 and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. Copies of said warrants are attached.

_____
Jennifer Velez
Special Agent
Dept. HS/ICE

Subscribed and sworn to before me this 2 day of April, 2004.

_____
Marianne B. Bowler
Chief United States Magistrate Judge